**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CHARLES JUDSON HOLBROOK, | Case No: 1:16-cv-00834 |
| Plaintiff, | Black, J. |
| v. | Bowman, M.J. |
| OFFICER TIMOTHY POLS, et al., | |
| Defendants. | |

**REPORT AND RECOMMENDATION**

On August 11, 2016, Plaintiff, currently incarcerated with the Michigan Department of Corrections, filed this civil rights action against the City of Wyoming, Michigan, the Wyoming Police Department, and Officer Timothy Pols of the Wyoming Police Department. On September 19, 2016, the undersigned found that, pursuant to 28 U.S.C. § 1391(b), this case was properly venued in the Western District of Michigan and transferred the matter to that Court for all further proceedings (doc. 9).

Since the transfer of this action, Plaintiff has continued to file a variety of "petitions for relief" with the Court (docs. 11, 12, 13, 15, 18, 19, 21, 22, 23, 24, 25), several of which were summarily denied and stricken from the Court's record per the Order of the undersigned on October 13, 2017 (doc. 20). These filings reflect an ongoing attempt by Plaintiff to harass the Court to reopen his case in this district, despite the fact that venue is not proper before this Court. Additionally, subsequent to its transfer, the Western District of Michigan dismissed Plaintiff's instant Complaint as frivolous on December 12, 2016. See *Charles Judson Holbrook #767925 v. Timothy Pols, et al*, 1:16-cv-01151 (W. D. of Michigan). Based on the frequency of these filings,

as well as Plaintiff's clear disregard for Orders of the Court, Plaintiff's filings will likely continue unabated, requiring the Court to devote resources to matters that are resolved and no longer before this Court.

Accordingly, **IT IS RECOMMENDED THAT** the Clerk of Court be hereby **DIRECTED** to refuse and return without filing, all further filings received by Plaintiff in this matter.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

CHARLES JUDSON HOLBROOK,            Case No: 1:16-cv-00834

        Plaintiff,                               Black, J.
v.                                              Bowman, M.J.

OFFICER TIMOTHY POLS, et al.,

        Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).